# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL B. WILLIAMS, | CASE NO. 1:11-cv-01189-GBC |
| Plaintiff, | ORDER GRANTING PLAINTIFF'S MOTION TO DISMISS CLASS CERTIFICATION AND DENYING MOTION FOR SERVICE OF COMPLAINT |
| v. | |
| BRUCE COLEMAN, et al., | ORDER DISREGARDING PLAINTIFF'S MOTION TO THE DISTRICT JUDGE, AS PLAINTIFF CONSENTED TO MAGISTRATE JUDGE JURISDICTION |
| Defendants. | |
| / | Doc. 8 |

On July 8, 2011, Plaintiff Michael B. Williams ("Plaintiff"), a civil detainee proceeding pro se and in forma pauperis, filed this civil rights action filed this civil rights action pursuant to 42 U.S.C. § 1983. Doc. 1.

On July 27, 2011, Plaintiff consented to Magistrate Judge jurisdiction. Doc. 5. On May 3, 2012, Plaintiff filed a motion to serve the complaint and dismiss class certification. Doc. 8. Plaintiff directed his motion to the District Judge. *Id.* If Plaintiff is seeking to withdraw his consent to Magistrate Judge jurisdiction, Plaintiff must file a motion and must show extraordinary circumstances. Once a civil case is referred to a magistrate judge under 636(c), the reference can be withdrawn by the Court only "for good cause shown on its own motion, or under extraordinary circumstances shown by any party." *Dixon v. Ylst*, 990 F.2d 478, 480 (9th Cir. 1993). "There is no absolute right, in a civil case, to withdraw consent to trial and other proceedings before a magistrate judge." *Id.* Length of time between filing the case and issuing a screening order does not demonstrate good cause.

As for Plaintiff's motion to serve his complaint, in a separate order, the undersigned issued an order dismissing Plaintiff's complaint, with leave to amend, for failure to state a claim. Thus, the Court declines to issue service on Plaintiff's complaint at this time.

Accordingly, it is HEREBY ORDERED that:

1. Plaintiff's motion directed to the District Judge is DISREGARDED;
2. Plaintiff's motion to dismiss class certification is GRANTED; and
3. Plaintiff's motion for service of complaint is DENIED.

IT IS SO ORDERED.

Dated:   September 6, 2012

UNITED STATES MAGISTRATE JUDGE